IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH O'NEAL                                                                                    PLAINTIFF
ADC #80529

VS.                               NO. 5:17-CV-00107 KGB-PSH

WATSON, *et al.*                                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Joseph O'Neal filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on April 12, 2017 (Doc. No. 2). On October 17, 2017, O'Neal moved to voluntarily dismiss his case (Doc. No. 51). O'Neal's Motion to Dismiss should be GRANTED and the case should be dismissed without prejudice. Further, the pending motions to dismiss the case for failure to state a claim (Doc. Nos. 27 & 37) should be DENIED as MOOT.

IT IS SO RECOMMENDED this 18th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE