IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH O'NEAL
ADC #80529                                      PLAINTIFF

v.            Case No. 5:17-cv-00107-KGB/PSH

WATSON, et al                                      DEFENDANTS

## ORDER

Before the Court are Proposed Findings and Recommendation filed by United States Magistrate Judge Patricia S. Harris (Dkt. No. 52). No objections have been filed, and the time for filing objections has passed. After careful review, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Also pending are defendants' motion to dismiss (Dkt. No. 27), amended motion to dismiss (Dkt. No. 37), and earlier Findings and Recommendations filed by Judge Harris (Dkt. No. 4).

It is therefore ordered that:

1. Mr. O'Neal's motion for voluntary dismissal is granted (Dkt. No. 51).

2. The pending motions to dismiss and Findings and Recommendations are denied as moot (Dkt. Nos. 4, 27, 37).

3. This case is dismissed without prejudice.

4. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So ordered this the 21st day of December 2017.

                                                         Kristine G. Baker
                                                         United States District Judge