IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH O'NEAL
ADC #80529                                                                                          PLAINTIFF

v.                         Case No. 5:17-cv-00107-KGB/PSH

WATSON, *et al.*                                                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

So adjudged this 21st day of December, 2017.

_____
Kristine G. Baker
United States District Judge